1    KAREN P. HEWITT
      United States Attorney
2    LUELLA M. CALDITO
      Assistant U.S. Attorney
3    California State Bar No. 215953
      United States Attorney's Office
4    880 Front Street, Room 6293
      San Diego, California 92101-8893
5    Telephone: (619) 557-7035 / Fax: (619) 235-2757
      Email: Luella.Caldito@usdoj.gov
6
      Attorneys for Plaintiff
7    United States of America

8                  UNITED STATES DISTRICT COURT

9             SOUTHERN DISTRICT OF CALIFORNIA

10    UNITED STATES OF AMERICA,      )    Criminal Case No. 08CR1506-L
                                   )
11                     Plaintiff,     )
                                   )    NOTICE OF APPEARANCE
12            v.                        )
                                   )
13    CARLOS ALAN GOMEZ-MONDRAGON,   )
                                   )
14                    Defendant.    )
         _____ )

15

16    TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17       I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

18       I certify that I am admitted to practice in this court or authorized to practice under CivLR

19    83.3.c.3-4.

20       The following government attorneys (who are admitted to practice in this court or authorized

21    to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead

22    counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to

23    activity in this case:

24       Name (If none, enter "None" below)

25       None.

26    //

27    //

28    //

1    Effective this date, the following attorneys are no longer associated with this case and should

2    not receive any further Notices of Electronic Filings relating to activity in this case (if the generic

3    "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this

4    association):

5        Name (If none, enter "None" below)

6        None.

7        Please call me if you have any questions about this notice.

8        DATED:  June 13, 2008.

                                                    Respectfully submitted,
9
                                                    KAREN P. HEWITT
10                                                   United States Attorney

11                                                   /s/ *Luella M. Caldito*
                                                    LUELLA M. CALDITO
12                                                   Assistant United States Attorney
                                                    Attorneys for Plaintiff
13                                                   United States of America
                                                    Email: Luella.Caldito@usdoj.gov
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                              2

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR1506-L |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CERTIFICATE OF SERVICE |
| CARLOS ALAN GOMEZ-MONDRAGON, | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, LUELLA M. CALDITO, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of **NOTICE OF APPEARANCE** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

     1.    Douglas C. Brown, Esq.
     2.    Ciro Hernandez, Esq.

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

N/A

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 13, 2008.

                          /s/ *Luella M. Caldito*
                          LUELLA M. CALDITO
                          Assistant U.S. Attorney